# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **BARBARA J. WARNER,** | |
| **Counter-Claimant,** | **8:22CV377** |
| vs. | **ORDER** |
| **JOSEPH R. WARNER,** | |
| **Counter-Defendant.** | |

This matter comes before the Court following a telephone conference held on October 27, 2023, before the undersigned magistrate judge. The Court made the following rulings regarding Counter-Defendant's Objections (Filing No. 50) to the documents requested by Counter-Claimant in a Notice of Deposition (Filing No. 48):

- Document requests 1 and 2 should be combined into one request seeking all correspondence in any form between Joseph and Phillip since the death of Edmund Warner to the present that relate to Barbara and the estate of Edmund and Josephine to the present
- Document request 4 is relevant, and Counter-Defendant should provide correspondence in his possession responsive to this request
- Document request 8 is relevant and the Court orders Counter-Defendant to provide his correspondence to and from the Nebraska Office of Attorney Discipline regarding attorney Charles Dorwart, who was Counter-Claimant's former attorney

Accordingly,

**IT IS ORDERED:**

1. Counter-Defendant's Motion to Object to, Quash, or Modify Deposition Notice (Filing No. 50) is granted, in part, and in part denied, as set forth during the call;
2. Counter-Claimant shall reissue the Notice of Deposition Duces Tecum (Filing No. 48) to Counter-Defendant modifying the document requests consistent with the discussion held on the record during the call.

Dated this 27th day of October, 2023.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge