IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSEPH R. WARNER,<br><br>   Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>BARBARA J. WARNER,<br><br>   Defendant/Counterclaim Plaintiff. | 8:22CV377<br><br>**JUDGMENT** |

  On May 26, 2023, the Court dismissed Joseph R. Warner's Complaint against Barbara J. Warner as time-barred (Filing No. 24). *See* Fed. R. Civ. P. 12(b)(6). Today, the Court dismissed Barbara J. Warner's counterclaim against Joseph R. Warner (Filing No. 71). *See* Fed. R. Civ. P. 12(c). In accordance with those Memorandum and Orders, judgment is now entered and the case is dismissed. *See* Fed R. Civ. P. 58(a).

  Dated this 8th day of March 2024.

BY THE COURT:

*[signature]*
Robert F. Rossiter, Jr.
Chief United States District Judge